IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION



2019 AUG -5 PM 2:48

Charles E. Lindsey

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Ben Carson

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 4:19-cv-612-BP

*(to be filled in by the Clerk's Office)*

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury. ☐ Yes ☒ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Charles E. Lindsey
Street Address: 5514 Paseo
City and County: Kansas City MO. Jackson
State and Zip Code: 64110
Telephone Number: (816) 695-6819
E-mail Address: N/A

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Ben Carson
Job or Title (if known): Secretary Housing & Urban Development
Street Address: unknown
City and County: Washington DC.
State and Zip Code: 202530
Telephone Number: 202 514-2000
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:

2

State and Zip Code  Missouri
Telephone Number  (816) 695-6819
E-mail Address  N/A
(if known)

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

[X] Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Rule of Civil procedure
Freedom of Information Act & sunshine statutes
Bill of Rights, 1, 3, 4, 6,

[X] Suit against the Federal Government, a federal official, or a federal agency

List the federal officials or federal agencies involved, if any.

HUD, Secret Service, F.B.I., Department of
Defense, Department of Treasury,

[ ] Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

A. The Plaintiff(s)

The plaintiff, *(name)* Charles E. Lindsey, is a citizen of the State of *(name)* Missouri.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

B.  The Defendant(s)

1.  If the defendant is an individual

    The defendant, (name) Charles Lincks is a citizen of the State of (name) Missouri. Or is a citizen of (foreign nation) _____.

2.  If the defendant is a corporation

    The defendant, (name) Ben Carson, is incorporated under the laws of the State of (name) Washington DC, and has its principal place of business in the State of (name) HUD. Or is incorporated under the laws of (foreign nation) Act of Congress, and has its principal place of business in (name) Washington DC.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

C.  The Amount in Controversy

    The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain)*:

    order for specific performance safe Housing for person whom probate settlement has been disputed and converted Illegally.

## III. Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you? Defendents Murder My Nephew to Make Stop trying to obtain housing, or so I would live on street.
- What injuries did you suffer? yes Breach of Duty to provide housing During Mediation
- Who was involved in what happened to you? Housing Authority, Vender landlord Associations And Federal Agencies

- How were the defendants involved in what happened to you?

- Where did the events you have described take place?

- When did the events you have described take place?

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Punish Everyone on that program If the Government Refuses to Act on good faith, Trying to sheild it self Charge negligence Dilection of duty To provide Reasonable Care Mental Anguish By holding to monies that Could for business, or personal use By plaintiff if Released.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

Abolish the housing Authority Due it particification In Racketeering, psychology torture of plaintiff And Aiding murder of Christopher Andrew Lindsey To prevent me from applying for housing.

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?
Yes ☐    No ☐

Do you claim actual damages for the acts alleged in your complaint?
Yes ☐    No ☐

Do you claim punitive monetary damages?
Yes ☐    No ☐

5

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

yes, If the government allow politicians to manipulate Housing it Could Compromise our Democray.

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/05, 2019

Signature of Plaintiff  *Charly E. Lindsey*
Printed Name of Plaintiff  Charles E. Lindsey

6